IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALPHONSO GRANT, | § | |
|     TDCJ-CID NO. 767802, | § | |
| | § | |
| v. | § | C.A. NO. C-06-353 |
| | § | |
| NATHANIEL QUARTERMAN, | § | |
|     DIRECTOR, TDCJ-CID. | § | |

**ORDER DENYING APPOINTMENT OF COUNSEL**

Petitioner is an inmate in the Texas Department of Criminal Justice, Correctional

Institutions Division, and is currently incarcerated at the McConnell Unit in Beeville, Texas.

Proceeding pro se, he filed a habeas petition pursuant to 28 U.S.C. § 2241 seeking release from

state custody and immediate deportation by the Immigration and Naturalization Service.  (D.E. 1,

at 4).  On March 27, 2007, petitioner's action was dismissed and final judgment was entered.

(D.E. 24).  Pending is petitioner's motion for the appointment of counsel.  (D.E. 25).

Specifically, he seeks an attorney for an evidentiary hearing.  Id.

There is no constitutional right to counsel in federal habeas proceedings.  Wright v. West,

505 U.S. 277, 293 (1992) (Constitution "guarantees no right to counsel on habeas."); see also

Elizalde v. Dretke, 362 F.3d 323, 329 (5th Cir. 2004); Johnson v. Hargett, 978 F.2d 855, 859

(5th Cir. 1992).  Rule 8(c) of the Rules Governing § 2254 Cases requires that counsel be

appointed if the habeas petition raises issues which mandate an evidentiary hearing.  Here, his

request for counsel is premature because at this stage in his case there are no factual issues

requiring an evidentiary hearing.

Counsel will be assigned sua sponte if there are issues which mandate an evidentiary

hearing be held.  Moreover, the Court may appoint counsel if discovery is ordered and there are

issues necessitating the assignment of counsel.  <u>See</u> Rule 6(a) of the Rules Governing § 2254

Cases; <u>Thomas v. Scott</u>, 47 F.3d 713, 715 n.1 (5th Cir. 1995).

As final judgment has been entered, there is no need for an evidentiary hearing.

Accordingly, it is therefore ORDERED that petitioner's motion for the appointment of counsel,

(D.E. 25), be DENIED.

ORDERED this 29th day of March 2007.

BRIAN  L. OWSLEY
UNITED STATES MAGISTRATE JUDGE